■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WATCHTOWER BIBLE AND TRACT SOCIETY, INC., Appellant, against PERCY H. HARING et al., Constituting the Board of Assessors of Taxes in the Town of Lansing, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., Appellant, against CARLETON D. KINTZ et al., Constituting the Board of Assessors of Taxes of the Town of Lansing, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., Appellant, against CARLETON D. KINTZ et al., Constituting the Board of Assessors of Taxes of the Town of Lansing, Respondents.— Motion for permission to appeal to the Court of Appeals granted, without costs. Submit order conforming with Third Department Regulations affecting orders, Form 7 (cf. rule VIII). Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur. Coon, J., taking no part.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. CRISPELL, Appellant.— Motion granted, and order entered March 30, 1960 amended to provide that the appellant be remanded to the Supreme Court of Ulster County for resentencing under the 1935 conviction instead of the County

Court, Ulster County. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.